UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HANNAH ANIL,

          Plaintiff,

-against-

CIPRIANI USA, INC., DOWNTOWN RESTAURANT COMPANY, LLC d/b/a CIPRIANI DOWNTOWN and IGNAZIO CIPRIANI AND JUANITO DE LA CRUZ, individually,

          Defendants.

Civil Action No.: 15-cv-4730 (PGG)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    WHEREAS, Plaintiff Hannah Anil endeavors to voluntarily withdraw her claims and dismiss this action with prejudice as against Defendants Cipriani USA, Inc., Downtown Restaurant Company, LLC d/b/a Cipriani Downtown[2] and Juanito De La Cruz ("Defendants"), and Defendants consent to such withdrawal;

    WHEREAS, no party herein is an incompetent for whom a Committee has been appointed; and

    WHEREAS, there is no person not a party who has an interest in the subject matter of this action;

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein, that the above captioned action be dismissed with prejudice as against Defendants in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs or attorneys' fees to either party.

| | |
|---|---|
| **THE LAW OFFICE OF JACOB ARONAUER** | **KREISBERG & MAITLAND LLP** |
| By: _____ | By: _____ |
|     Jacob Aronauer, Esq. |     Jeffrey Kreisberg |
| 225 Broadway, Suite 307 | 75 Maiden Lane, Suite 603 |
| New York, New York 10007 | New York, New York 10038 |
| Tel: 212-323-6980 | Tel: 212-629-4970 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

---

[2] Mr. Ignazio Cipriani was dismissed from this Action on November 19, 2015.

| | |
|---|---|
| **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** | **LITTLER MENDELSON, P.C.** |
| By: _____<br>Claudia A. Costa, Esq.<br>425 Eagle Rock Avenue, Suite 302<br>Roseland, New Jersey 07068<br>Tel: 973-618-4129 | By: _____<br>A. Michael Weber<br>Barbara A. Gross, Esq.<br>900 Third Avenue<br>New York, New York 10022-3298<br>Tel: 212-583-2660 |
| *Attorneys for Juanito De La Cruz* | *Attorneys for Defendants* |

SO ORDERED:

_____
Hon. Paul G. Gardephe, U.S.D.J.