```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNAH ANIL,

        Plaintiff,

-against-

CIPRIANI USA, INC., DOWNTOWN RESTAURANT COMPANY, LLC d/b/a CIPRIANI DOWNTOWN and IGNAZIO CIPRIANI AND JUANITO DE LA CRUZ, individually,

        Defendants.

Civil Action No.: 15-cv-4730 (PGG)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    WHEREAS, Plaintiff Hannah Anil endeavors to voluntarily withdraw her claims and dismiss this action with prejudice as against Defendants Cipriani USA, Inc., Downtown Restaurant Company, LLC d/b/a Cipriani Downtown[2] and Juanito De La Cruz ("Defendants"), and Defendants consent to such withdrawal;

    WHEREAS, no party herein is an incompetent for whom a Committee has been appointed; and

    WHEREAS, there is no person not a party who has an interest in the subject matter of this action;

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein, that the above captioned action be dismissed with prejudice as against Defendants in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs or attorneys' fees to either party.

**THE LAW OFFICE OF JACOB ARONAUER**

By: _____
   Jacob Aronauer, Esq.
225 Broadway, Suite 307
New York, New York 10007
Tel: 212-323-6980

*Attorneys for Plaintiff*

**KREISBERG & MAITLAND LLP**

By: _____
   Jeffrey Kreisberg
75 Maiden Lane, Suite 603
New York, New York 10038
Tel: 212-629-4970

*Attorneys for Plaintiff*

---

[2] Mr. Ignazio Cipriani was dismissed from this Action on November 19, 2015.

MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN

By: _____
Claudia A. Costa, Esq.
425 Eagle Rock Avenue, Suite 302
Roseland, New Jersey 07068
Tel: 973-618-4129

*Attorneys for Juanito De La Cruz*

LITTLER MENDELSON, P.C.

By: _____
A. Michael Weber
Barbara A. Gross, Esq.
900 Third Avenue
New York, New York 10022-3298
Tel: 212-583-2660

*Attorneys for Defendants*

SO ORDERED:

_____   April 11, 2016
Hon. Paul G. Gardephe, U.S.D.J.